UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL SANDOVAL, et al.,

   Plaintiffs,

  v.

BOBBY A. ALI, et al.,

   Defendants.

Case No. 13-cv-03230-EDL

**ORDER**

On April 28, 2015, Plaintiffs moved for class certification and appointment of class counsel. On June 2, 2015, Defendants moved to dismiss and also moved to disqualify class counsel and Plaintiff Ramirez as class representative. At the July 21, 2015 hearing, the Court DENIED Defendants' motions. As stated at the hearing, the Court requires additional briefing on Plaintiffs' motion. On or before July 30, 2015, Plaintiffs are ordered to submit a supplemental brief of no more than ten pages addressing: (1) whether any Plaintiff worked for either Defendant M1 Collision Care Centers, Inc. or Defendant M1 Auto Collisions Centers ("M1") in Sunnyvale and Fremont and the evidence of any such work; (2) the number of class members for each M1 location as well as Defendants Autovest Collision Repairs, Inc. a/k/a Autowest Collision Repairs, Inc. and Serramonte Auto Plaza Body Shop, Inc. who worked for Defendants after July 12, 2009 and were, at least during part of the relevant timeframe, compensated on a piece rate basis; and (3) Plaintiffs' precise theory of how Defendants compensated employees for overtime hours worked, why that compensation system violates California law, and the overtime compensation issue(s) on which Plaintiffs seek class certification. Within seven days thereafter, Defendants may file a response brief of no more than ten pages.

**IT IS SO ORDERED.**

Dated: July 23, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge