UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SANDOVAL, et al., <br> Plaintiffs, <br> v. <br> M1 AUTO COLLISIONS CENTERS, et al., <br> Defendants. | Case No. 13-cv-03230-EDL <br><br> **ORDER** <br> Re: Dkt. No. 125 |

On September 9, 2015, this Court granted in part and denied in part Plaintiffs' motion for class certification and ordered the Parties to submit a joint letter addressing notice to the conditionally certified FLSA § 216(B) opt-in class. After considering the Parties' letter, the Court orders as follows:

1. Plaintiffs' request to use Bullseye Marketing to coordinate the mailing and to allow themselves to collect the opt-ins is denied. The Parties are ordered to meet and confer on a neutral class action administrator within one week of this order. Should the Parties fail to reach an agreement, they are ordered to file a joint letter of no more than four pages updating the Court as to their disagreement by October 16, 2015.

2. Defendants are ordered to produce contact information for potential class members to the class administrator in electronic formats agreeable to the administrator within 15 days of the administrator's selection.

3. The notice shall not include references to the www.themmlawfirm.com website or the "1-888-525-8248 (888 LA LUCHA)" phone number.

4. Plaintiffs' request to follow-up with potential class members via e-mail is denied. Should the Parties determine that a second mailing is necessary, it should be done via the administrator.

5. Plaintiffs' request to post the notice at Defendants' locations in Northern California is denied.

6. The deadline for potential class members to submit their consent forms shall be 90 days from the date of the class notice mailing.

**IT IS SO ORDERED.**

Dated:  October 6, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge