CHRISTINE H. LONG, CA STATE BAR NO. 199676
EILEEN P. KENNEDY, CA STATE BAR NO. 204646
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christine.long@berliner.com
kara.arguello@berliner.com

ATTORNEYS FOR DEFENDANTS BOBBY A. ALI; RICK ALI[1]; M1 COLLISION CARE CENTERS, INC.[2]; AUTOVEST COLLISION REPAIRS, INC., DBA AUTOWEST COLLISION REPAIRS, INC.; AND AW COLLISION OF SERRAMONTE[3]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAFAEL SANDOVAL, LUIS MARTIN CALIXTO, and ADRIAN RAMIREZ on behalf of themselves, on behalf of all others similarly situated and in the interest of the general public,

Plaintiffs,

v.

BOBBY A. ALI; RICK ALI, M1 AUTO COLLISIONS CENTERS, INC.; M1 COLLISION CARE CENTERS, INC.; AUTOVEST COLLISION REPAIRS, INC. aka AUTOWEST COLLISION REPAIRS, INC.; and SERRAMONTE AUTO PLAZA BODY SHOP, INC.,

Defendants.

CASE NO. CV 13-03230 EDL

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE TIME TO HEAR DISPOSITIVE MOTIONS AS MODIFIED

Judge: Hon. Elizabeth LaPorte

---

[1] Defendants Bobby Ali and Rick Ali were dismissed with prejudice, in part, by the Court's Order of 7/10/2014.

[2] Erroneously sued as "M1 Auto Collisions Centers, Inc."

[3] Erroneously sued as "Serramonte Auto Plaza Body Shop, Inc."

The Parties to the above entitled action, by and through their respective counsel of record, submit this Stipulation and Proposed Order to continue the deadline to hear dispositive motions from March 1, 2016 to July 15, 2016.

The parties have met and conferred and agree as follows:

1. On June 18, 2014, the Court issued a Case Management Order which set the hearing for class certification as April 28, 2015. The last date for hearing dispositive motions was then set for August 4, 2015. Moving parties are required to file motion papers no later than 35 days prior to the hearing date. The Court moved the class certification hearing to July 14, 2014 and the last date to hear dispositive motions was moved to November 3, 2015, requiring dispositive motion papers to be filed and served no later than September 29, 2015. Further, the Court entered an Order on August 14, 2015 extending the fact discovery cut-off to November 10, 2015. On September 9, 2015, the Court issued its Order on Plaintiffs' Class Certification and Defendants' Motion to Dismiss and to Disqualify ("Certification Order"), leaving the parties with only twenty days to prepare and file dispositive motions. On October 5, 2015, the Court entered an Order per stipulation by the parties to extend the deadline to hear dispositive motions to March 1, 2016. This deadline was set for that date, in part, to accommodate an opt-in period of 90 days, should the Court so order. On October 6, 2015, the Court ordered a 90 day opt-in period. The parties have met and conferred over the class notice and have finalized English and Spanish language versions that the Parties anticipate will be mailed out by January 10, 2016.

2. In the Certification Order, the Court conditionally certified a class under Fair Labor Standards Act ("FLSA") and requested that the parties submit a proposed joint letter and class notice under FLSA §216(B). On September 23, 2015, the parties submitted a proposed class notice with each party proposing different opt-in deadlines together with a joint letter regarding the disputed issues regarding the class notice. In an Order, filed on October 6, 2015, the Court set the opt-in deadline for 90 days from the date of mailing and that the class notice should reflect that the signed opt-in notices be returned to the



4816-1178-0396v1
EKENNEDY\15321004

class administrator, rather than Plaintiffs' counsel. The parties anticipate that the class notices will be mailed no later than January 10, 2016. The Court also certified a class under Fed. Rule of Civ. Proc. §23(b)(3). There is no order or proposed schedule for this opt-out class.

3. The Court has recently granted in part and denied in part, Plaintiffs' motion to compel production of certain time and payroll records. The Court has also recently granted Defendants' Motion to Compel further responses to Special Interrogatories relating Plaintiffs' damage claims. The Parties expect that the production of class member records and service of further discovery responses will occur over the coming weeks. Under the current Case Management Schedule, the parties could be forced to bring all dispositive motions prior to this production, and would certainly have to bring their motions prior to the completion of the FLSA 216(B) opt in process and Rule 23(b)(3) opt out period.

4. Consequently, the parties propose extending the date to hear dispositive motions from March 1, 2016 to July 26, 2016.

5. No trial date has been set yet, and no deadline for merits expert disclosures and completion of merits expert discovery.

6. Good cause exists for the following reasons. Under the current time restrictions, the parties are forced to bring dispositive motions before the class certification of FLSA claim has been fully decided and before the Rule 23(b)(3) class has been notified and provided an opportunity to opt-out. The opt-in and opt-out procedures may impact whether the parties elect to bring certain dispositive motions (for example, summary adjudication or decertification). The proposed deadline to hear dispositive motions would accommodate the current opt-in period for the conditional FLSA class notification. Furthermore, additional fact and expert discovery may be necessary or anticipated to support or to oppose anticipated dispositive motions. The parties have been diligent in conducting discovery. Fact discovery closed as of November 10, 2015; however, the parties are currently meeting and conferring on scheduling two remaining



4816-1178-0396v1
EKENNEDY\15321004

depositions and on proposed orders relating to the Defendants' production of class member records and Plaintiffs' further responses to interrogatories.

DATED: JANUARY 7, 2016

BERLINER COHEN, LLP

BY: /S/ EILEEN P. KENNEDY
CHRISTINE H. LONG
EILEEN P. KENNEDY
ATTORNEYS FOR DEFENDANTS BOBBY A. ALI; RICK ALI; M1 COLLISION CARE CENTERS, INC.; AUTOVEST COLLISION REPAIRS, INC., DBA AUTOWEST COLLISION REPAIRS, INC.; AND AW COLLISION OF SERRAMONTE

DATED: JANUARY 7, 2016

MALLISON & MARTINEZ & JUSTICE AT WORK LAW GROUP

BY: /S/ MARCO A. PALAU
TOMAS MARGAIN
JUSTICE AT WORK LAW GROUP
STAN S. MALLISON
HECTOR R. MARTINEZ
MARCO A PALAU
JOSEPH D. SUTTON
ERIC S. TRABUCCO
MALLISON & MARTINEZ
ATTORNEYS FOR PLAINTIFFS AND CLASS

PER STIPULATION, IT IS HEREBY ORDERED.

Dated: January 8, 2016

Hon. Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE



4816-1178-0396v1
EKENNEDY\15321004