1  CHRISTINE H. LONG, CA STATE BAR NO. 199676
   EILEEN P. KENNEDY, CA STATE BAR NO. 204646
2  BERLINER COHEN, LLP
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  christine.long@berliner.com
   eileen.kennedy@berliner.com
6
7  ATTORNEYS FOR DEFENDANTS BOBBY A. ALI; RICK
   ALI[1]; M1 COLLISION CARE CENTERS, INC.[2]; AUTOVEST
   COLLISION REPAIRS, INC., DBA AUTOWEST COLLISION
8  REPAIRS, INC.; AND AW COLLISION OF SERRAMONTE[3]

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RAFAEL SANDOVAL, LUIS MARTIN CALIXTO, and ADRIAN RAMIREZ on behalf of themselves, on behalf of all others similarly situated and in the interest of the general public,<br><br>15              Plaintiffs,<br><br>16       v.<br><br>17  BOBBY A. ALI; RICK ALI, M1 AUTO COLLISIONS CENTERS, INC.; M1 COLLISION CARE CENTERS, INC.; AUTOVEST COLLISION REPAIRS, INC. aka AUTOWEST COLLISION REPAIRS, INC.; and SERRAMONTE AUTO PLAZA BODY SHOP, INC.,<br><br>21              Defendants. | CASE NO.  CV 13-03230 EDL<br><br>[PROPOSED] ORDER FOR FURTHER ANSWERS TO INTERROGATORIES FOR DECLARATION STATING ALL RESPONSIVE DOCUMENTS HAVE BEEN PRODUCED<br><br>Date:   January 5, 2016<br>Time:   9:00 a.m.<br>Dept.:  Courtroom E, 15th Fl.<br>        450 Golden Gate Avenue<br>        San Francisco, CA 94102<br><br>Judge:  Hon. Elizabeth D. Laporte |

23   On January 5, 2016, at 9:00 a.m., Christine Long and Eileen Kennedy, Berliner Cohen LLP,

24   appeared on behalf of Defendants Bobby A. Ali, Rick Ali, M1 Collision Care Centers, Inc., Autovest

---

[1] Defendants Bobby Ali and Rick Ali were dismissed with prejudice in part by the Court's Order of 7/10/2014.

[2] Erroneously sued as "M1 Auto Collisions Centers, Inc."

[3] Erroneously sued as "Serramonte Auto Plaza Body Shop, Inc."

Collision Repairs, Inc., dba Autowest Collision Repairs, Inc., and AW Collision of Serramonte (collectively "Defendants") and Tomas Margain of Justice at Work Law Group and Marco Palau of Mallison & Martinez appeared on behalf of Plaintiffs and Class on Defendants' Motion to Compel Further Responses and Production of Documents and Sanctions, which came on for hearing before the Hon. Elizabeth LaPorte in Courtroom E, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California.

Good cause having been found therefore, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Compel Further Responses and Production of Documents and Sanctions under Federal Rules of Civil Procedure, Rules 37, 26, 33, and 34, and Civil Local Rules 37-2 and 37-4 is GRANTED, in part, as follows:

1. Plaintiffs Raphael Sandoval and Luis Martin Calixto shall each provide a declaration that all responsive documents have been produced or if all documents have not produced, Plaintiffs shall produce documents in response to the following requests:

   i) Defendants' Request for Production of Documents—Set Two, to Rafael Sandoval;

   ii) Defendant M-1 Collision Care Centers, Inc.'s Request for Production—Set Three, Luis Martin Calixto, Nos. 1-9

   iii) Defendant M-1 Collision Care Centers, Inc.'s Request for Production—Set Three, to Raphael Sandoval, Nos. 1-9.

Plaintiffs shall serve the declarations or produce any documents responsive to this request no later than thirty days after this Order.

2. Plaintiffs shall provide further responses to the following Special Interrogatories, specifically to include their theories of recovery for each claim in the Special Interrogatory and the manner in which they intend to calculate their damages (the legal theory of how to calculate their damages) for each claim in the Special Interrogatory.

   (a) Luis Martin Calixto's Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Three, Nos. 17-18 (FLSA Class); 21-22 (damages for each individual claim asserted in the Second Amended Complaint)

CASE NO. CV 13-03230 EDL

4825-0746-2700v2
EKENNEDY\15321004

-2-

[PROPOSED] ORDER FOR FURTHER ANSWERS TO INTERROGATORIES FOR DECLARATION STATING ALL RESPONSIVE DOCUMENTS HAVE BEEN PRODUCED

(b) Luis Martin Calixto's Response to Defendant MB Bodyshop of San Francisco's Special Interrogatories—Set Three, Nos. 17-18 (Wage Statement Class); 21-22 (Rest Period Class)

(c) Rafael Sandoval's Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Three, Nos. 17-18 (FLSA Class); 21-22 (damages for each individual claim asserted in the Second Amended Complaint).

(d) Rafael Sandoval's Response to Defendant MB Bodyshop of San Francisco's Special Interrogatories—Set Three, Nos. 17-18 (Wage Statement Class); 21-22 (Rest Period Class)

(e) Jaime Barrios' Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Two, No. 25 (FLSA Individual)

(f) Salvador Flores' Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Two, No. 25 (FLSA Individual)

(g) Francisco Javier Lopez Jr.'s Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Two, No. 25 (FLSA Individual)

(h) Manuel Llamas' Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Two, No. 25 (FLSA Individual)

(i) Francisco Javier Lopez's Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Two, No. 25 (FLSA Individual)

(j) Eddy Sifuentes' Response to Defendant M-1 Collision Care Centers, Inc.'s Special Interrogatories—Set Two, No. 25 (FLSA Individual)

(k) Adrian Ramirez's Response to Defendants' Special Interrogatories—Set Three, Nos. 1-2 (FLSA Class) and 5-6 (damages for each individual claim asserted in the Second Amended Complaint)

Plaintiffs shall serve further responses to the above discovery no later than thirty days after this Order.

3. Plaintiffs Raphael Sandoval and Luis Martin Calixto shall provide further responses to the following Special Interrogatories:

- Luis Martin Calixto's Response to Defendant MB Bodyshop of San Francisco's Special Interrogatories—Set Three, No. 25
- Rafael Sandoval's Response to Defendant MB Bodyshop of San Francisco's Special Interrogatories—Set Three, No. 25

4. As to Defendants' Request for Sanctions, that request is DENIED. All of Defendants' other requests are denied.

**IT IS SO ORDERED.**

DATED: January 22, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

CASE NO. CV 13-03230 EDL

-4-

4825-0746-2700v2
EKENNEDY\15321004

[PROPOSED] ORDER FOR FURTHER ANSWERS TO INTERROGATORIES FOR DECLARATION STATING ALL RESPONSIVE DOCUMENTS HAVE BEEN PRODUCED