CHRISTINE H. LONG, CA STATE BAR NO. 199676
EILEEN P. KENNEDY, CA STATE BAR NO. 204646
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christine.long@berliner.com
eileen.kennedy@berliner.com

ATTORNEYS FOR DEFENDANTS BOBBY A. ALI; RICK ALI[1]; M1 COLLISION CARE CENTERS, INC.[2]; AUTOVEST COLLISION REPAIRS, INC., DBA AUTOWEST COLLISION REPAIRS, INC.; AND AW COLLISION OF SERRAMONTE[3]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL SANDOVAL, LUIS MARTIN CALIXTO, and ADRIAN RAMIREZ on behalf of themselves, on behalf of all others similarly situated and in the interest of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BOBBY A. ALI; RICK ALI, M1 AUTO COLLISIONS CENTERS, INC.; M1 COLLISION CARE CENTERS, INC.; AUTOVEST COLLISION REPAIRS, INC. aka AUTOWEST COLLISION REPAIRS, INC.; and SERRAMONTE AUTO PLAZA BODY SHOP, INC.,<br><br>Defendants. | CASE NO. CV 13-03230 EDL<br><br>DEFENDANTS POSITION STATEMENT AND REQUEST FOR EXTENSION OF TIME ON EXCHANGE OF DECLARATION OF KOTAR DATA RECOVERY SYSTEMS |

On or about February 16, 2016 the parties appeared before this Court on Plaintiffs' Motion to Re-Open Discovery. At that hearing, the court instructed Defendants to obtain a declaration from

---

[1] Defendants Bobby Ali and Rick Ali were dismissed with prejudice in part by the Court's Order of 7/10/2014.

[2] Erroneously sued as "M1 Auto Collisions Centers, Inc."

[3] Erroneously sued as "Serramonte Auto Plaza Body Shop, Inc."

CASE NO. CV 13-03230 EDL                                                    -1-
DEFENDANTS POSITION STATEMENT AND REQUEST FOR EXTENSION OF TIME ON EXCHANGE OF DECLARATION OF KOTAR DATA RECOVERY SYSTEMS

1  Kotar Data Recovery Systems based on the questions and topics identified by Plaintiffs' counsel. At
2  that time Defendants' counsel advised the Court and all parties that Defendants counsel was starting
3  a large trial on February 22, 2016 and would be unavailable and as a result requested until February
4  26, 2016 to exchange the completed declaration. It was understood that Plaintiffs would promptly
5  deliver their questions for Kotar to Defendants so that counsel could then work with Kotar during the
6  week of February 16, 2016 and then if needed have evenings to finalize the declaration for
7  submission during the week of February 22, 2016.

8  As of this filing, despite repeated requests, Plaintiffs' counsel has failed to provide any topics
9  or questions for Kotar. Defendants counsel are otherwise unavailable until March 18, 2016 and
10 therefore request that the Court grant them until March 30, 2016 to exchange such declaration. The
11 trial at issue has been pending for over 5 years, involves dozens of witnesses, who are not native
12 English speakers and as such requires the use of translators for witness preparation in the evenings
13 and weekends. The Court does not observe regular "dark" days and runs for a full day of 8:30 – 4:45.
14 Thus, it is impossible for Defendants counsel to now deal with this matter given the unreasonable
15 delay of Plaintiffs' counsel.

18 DATED: FEBRUARY 25, 2016          BERLINER COHEN, LLP

20                                   BY:  /S/CHRISTINE H. LONG
                                          CHRISTINE H. LONG
21                                        EILEEN P. KENNEDY
                                          ATTORNEYS FOR DEFENDANTS BOBBY A. ALI;
22                                        RICK ALI; M1 COLLISION CARE CENTERS, INC.;
                                          AUTOVEST COLLISION REPAIRS, INC., DBA
23                                        AUTOWEST COLLISION REPAIRS, INC.; AND AW
                                          COLLISION OF SERRAMONTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
Date: 2/26/16

CASE NO. CV 13-03230 EDL                    -2-
DEFENDANTS POSITION STATEMENT AND REQUEST FOR EXTENSION OF TIME ON EXCHANGE OF DECLARATION OF KOTAR DATA RECOVERY SYSTEMS

4821-7100-0366v1
CHL\15321004