UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SANDOVAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>M1 AUTO COLLISIONS CENTERS, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-03230-EDL<br><br>**ORDER ON CLASS NOTICE**<br><br>Re: Dkt. No. 211 |

On April 29, 2016, after meeting and conferring regarding the proposed class notice prepared by Plaintiffs, the Parties filed a joint letter outlining disputes with regard to three sections of the notice. After considering the Parties' letter, the Court orders as follows:

The "Failure to issue accurate wage statements" section of the notice shall state:

> California law requires employers to issue wage statements that accurately list the wages earned and hours worked, among other things. Plaintiffs allege that Autowest's wage statements do not list separate pay for rest breaks. The lawsuit will determine whether wage statements provided by Autowest are inaccurate.

The class notice shall include Plaintiffs' proposed Section 5, "Why is this lawsuit a class action," modified as follows:

> The third bulleted item shall state: "Plaintiffs Rafael Sandoval, Luis Martin Calixto, and Adrian Ramirez have shown that their rest break and wage statement claims (based on the rest break claim) are typical of the claims of the rest of the Class;"
>
> The fourth bulleted item shall state: "Plaintiffs Rafael Sandoval, Luis Martin Calixto, and Adrian Ramirez and the lawyers representing the class will fairly and adequately represent the class' interests;"
>
> The fifth bulleted item shall be omitted.
>
> The seventh bulleted item shall state: "Treating the rest break and the related wage statement claims on a class-wide basis will be more efficient than having many individual lawsuits."

The class notice shall contain Section 11 as proposed by Plaintiffs, including both phone numbers for class counsel. The class notice may also contain a link to a website created by class counsel where class members can download the complaint, Defendants' answer, and the Court's class certification order.

**IT IS SO ORDERED.**

Dated: May 6, 2016

                                                                                 ELIZABETH D. LAPORTE
                                                                                 United States Magistrate Judge