UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SANDOVAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> M1 AUTO COLLISIONS CENTERS, et al., <br><br> Defendants. | Case No. 13-cv-03230-EDL <br><br> **ORDER RE: DISCOVERY LETTER** <br><br> Re: Dkt. No. 212 |

On April 29, 2016, the Parties filed a joint letter outlining several outstanding discovery disputes. After considering the Parties' letter, the Court orders as follows:

Defendants shall produce all outstanding paper time records, work orders, piece rate worksheets, and ADP records by May 31, 2016. Plaintiffs' request for a continuance of the June 28, 2016 settlement conference, which was recently specially set on shortened time, is denied as Plaintiffs have not shown good cause for their request.

By May 12, 2016, the Parties are ordered to meet and confer on the electronic format of data produced from the RepairCenter database. Additionally, Defendants are granted leave to file, by May 12, 2016, a brief declaration responsive to Plaintiffs' April 29, 2016 declaration from Aaron Woolfson further explaining their position with respect to the Shopman drives.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge