UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAFAEL SANDOVAL, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>M1 AUTO COLLISIONS CENTERS, et al.,<br><br>        Defendants. | Case No. 13-cv-03230-EDL<br><br>**FURTHER ORDER RE: DISCOVERY LETTER**<br><br>Re: Dkt. No. 212 |
|---|---|

On April 29, 2016, the Parties filed a joint letter outlining several outstanding discovery disputes. On May 6, 2016, the Court issued an order on the Parties' joint letter which, in part, granted Defendants leave to file a brief declaration responsive to Plaintiffs' April 29, 2016 declaration from Aaron Woolfson. On May 12, 2016, in lieu of a declaration, Defendants filed a letter requesting that the Court "consider the testimony already given by Mr. Alex Assts . . . as well as the omnibus declaration of Riaz Danekari submitted in opposition to Plaintiffs' Motion to Compel." (Dkt. 215 at 1.) On May 16, 2016, Plaintiffs filed objections to Defendants' letter and requested leave to file a rebuttal.

Even without considering Defendants' letter, Plaintiffs' speculative Woolfson declaration, which is not based on personal knowledge of Defendants' systems, fails to establish that drives with Shopman data remain. Accordingly, Plaintiffs' request for further discovery regarding the Shopman database is denied and Plaintiffs' objections are denied as moot.

**IT IS SO ORDERED.**

Dated: May 16, 2016

*[signature: Elizabeth D. Laporte]*
ELIZABETH D. LAPORTE
United States Magistrate Judge