Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Joseph D. Sutton (SBN 269951)
Eric S. Trabucco (SBN 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone:  510.832.9999
Facsimile:   510.832.1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jsutton@themmlawfirm.com
etrabucco@themmlawfirm.com

TOMAS E. MARGAIN, Bar No. 193555
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDOVAL ET AL.<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALI ET AL.<br><br>    Defendants. | **Case Number: 3:13-cv-03230-EDL**<br><br>**STIPULATION & ORDER TO MODIFY PRELIMINARY APPROVAL BRIEFING SCHEDULE**<br><br>**Hon. Elizabeth D. Laporte** |

The parties to the above-entitled action stipulate as follows:

**STIPULATION & ORDER TO MODIFY PRELIMINARY APPROVAL BRIEFING SCHEDULE**

1. WHEREAS the Court Ordered a Preliminary Approval Hearing Date for February 28, 2017 (Dkt. 282) which based on the Local Rules and Federal Rules of Civil Procedure require opening briefs by Plaintiffs to be filed today on January 24, 2017.

2. WHEREAS Plaintiffs counsel would like to first send Defendants' counsel a draft Notice of Settlement and Final Fairness Hearing so that Counsel may comment on it such that the Preliminary Approval motion would include a Notice reviewed by all parties to the action to avoid multiple versions of that proposed Notice.

3. WHEREAS the parties request an Order for Plaintiffs to transmit a copy of the Notice to Defendants by January 24, 2017 and modify the briefing schedule such that opening briefs be filed on Friday January 27, 2017.

Dated: January 24, 2017   /s/ Tomas E. Margain
                          Tomas E. Margain
                          Counsel for Plaintiffs


Dated: January 24, 2017   /s/Eileen P. Kennedy
                          Counsel for Defendants

**STIPULATION & ORDER TO MODIFY PRELIMINARY APPROVAL BRIEFING SCHEDULE**

**ORDER**

Based on the parties stipulation and good cause shown, the Court Orders as follows. Plaintiffs shall transmit a copy of the proposed Notice of Settlement and Final Fairness Hearing to Defendants' counsel by email on January 24, 2017.  Plaintiff's opening brief and related paperwork shall be filed by January 27, 2017 for the Preliminary Approval Hearing on February 28, 2017 at 9:00 am.   IT IS SO ORDERED.

Date: January 25, 2017

_____
Hon. Elizabeth D. Laporte
US Magistrate Judge

STIPULATION & ORDER TO MODIFY PRELIMINARY APPROVAL BRIEFING SCHEDULE

Page 3 of 3